STATE OF CONNECTICUT *v.* ALLAN BRUCE
HEMMINGS

The defendant's petition for certification for appeal
from the Appellate Court (AC 15803/16806) is dismissed.

*Allan Bruce Hemmings,* pro se, in support of the
petition.

Decided September 18, 1997

SYSTEMATICS, INC. *v.* FORGE SQUARE ASSOCIATES
LIMITED PARTNERSHIP ET AL.

The petition by Seaboard Surety Company for certifi-
cation for appeal from the Appellate Court, 45 Conn.
App. 614 (AC 15817), is denied.

*Joseph B. Mathieu,* in support of the petition.

*William H. Clendennen,* in opposition.

Decided September 18, 1997

CONNECTICUT NATIONAL BANK *v.* CHARLES A.
MARLAND

The defendant's petition for certification for appeal
from the Appellate Court, 45 Conn. App. 352 (AC 15908),
is denied.

*John H. Grasso,* in support of the petition.

*Steven M. Basche,* in opposition.

Decided September 18, 1997